## Case No. 4,830a.

**FISK et al. v. WEST BRADLEY & CARY MANUF'G CO.**

[19 O. G. 545.]

Circuit Court, S. D. New York. April 29, 1880.

W. A. Coursen, for plaintiffs.

M. B. Andrus, for defendant.

BLATCHFORD, Circuit Judge. I see no sufficient grounds for interfering with the report of the master in this case, and the plaintiffs' exceptions to the report are over-

ruled. The plaintiffs are entitled to the costs of the cause to and including the interlocutory decree, and the defendant is entitled to recover its costs from and after such decree, the one bill to be set off against the other and the difference to be recovered by the party against whom it exists.